UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

# DOCUMENT LOCATOR

CASE NUMBER: 04-CR 67-2

DATE FILED: 11-30-04

TYPE OF DOCUMENT:

FINDINGS OF FACT ORDER

LOCATION:

This document is located in the non-public files
of the
United States Probation Office
for the District of Oregon

Document Number: 73

R
73